FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 9 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )       2:13-cr-00030-GMN-GWF
        vs.                     )
                                )
RYAN CLIFFORD THORSEN,          )
                                )
                    Defendant.  )       **ORDER**
                                )

On November 17, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Kendelee L. Works, is APPOINTED as counsel for Ryan Clifford Thorsen in place of The Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Ms. Works forthwith.

DATED this 19th day of November, 2015.

UNITED STATES MAGISTRATE JUDGE