# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00030-JAD-GWF |
| vs. | **ORDER** |
| RYAN CLIFFORD THORSEN, | |
| Defendant. | |

This matter is before the Court on Defendant's Request to Obtain Proper Identification (#78), filed on February 4, 2016.

Defendant requests the Court aid him in obtaining a copy of his birth certificate and social security card. The Court finds that this is not a matter the Court can or should handle on Defendant's behalf. Defendant may apply directly to the respective agencies to obtain copies of his birth certificate and social security card, regardless of his indigent status.[1] Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request to Obtain Proper Identification (#78) is **denied**.

DATED this 8th day of February, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Obtaining a replacement social security card is a free service. *See* https://faq.ssa.gov/ics/support/kbanswer.asp?QuestionID=3755.