CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 702-240-3939

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00030-JAD-GWF |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| RYAN CLIFFORD THORSEN, | |
| Defendant. | |

**FINDINGS OF FACT**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant and the United States are attempting to resolve this matter without court intervention, and have requested a continuance of the currently scheduled trial date of July 12, 2016.

2. Defendant is incarcerated and does not object to the continuance.

3. The Parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow this Court to resolve Defendant's Motion to Dismiss prior to the trial date in this matter and to accommodate the schedules of Counsel.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the interests of the public and the defense in a speedy trial, since the failure to grant said continuance would not allow the Government to timely respond to Defendant's Motion to Dismiss and allow this Court to resolve Defendant's Motion prior to trial in this matter, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the hearing on Defendant's Motion to Dismiss currently scheduled for July 22, 2016, at the hour of 3:30 p.m. be vacated and continued to the __8th__ day of __August__, 2016, at the hour of __10:30 am__.

DATED AND DONE this __1st__ day of __July__, 2016.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE