UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Ryan Clifford Thorsen,

    Defendant

2:13-cr-00030-JAD-GWF

**Order Adopting Report and Recommendation and Denying Motion to Suppress**

[ECF Nos. 84, 97]

    Ryan Clifford Thorsen stands charged with one count of mailing a threatening communication. Thorsen moves to dismiss the indictment, arguing that he lacked the requisite intent to threaten and because the speech contained in his allegedly threatening letter is entitled to First Amendment protection.[1] Magistrate Judge Foley recommends that I deny the suppression motion because whether Thorsen's statements were truly threats is a question for the jury.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by September 3, 2016, and Thorsen has not filed an objection or requested an extension to do so. Accordingly,

    IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 97] is ADOPTED, and Thorsen's motion to dismiss [ECF No. 84] is DENIED.**

    Dated this 12th day of September

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 84.

[2] ECF No. 97.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).