**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:    (866) 412-6992
*Attorney for Defendant Ryan Clifford Thorsen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CLIFFORD THORSEN,<br><br>Defendant. | Case No. 2:13-cr-00030-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United Stated of America, and Kendelee L. Works, Esq., counsel for Ryan Clifford Thorsen, that the sentencing currently scheduled for January 18, 2017 be vacated and continued pending resolution of the Motion to Withdraw [ECF No. 104].

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has filed a Motion to Withdraw as Counsel of Record on January 10, 2017.

2. Defendant is incarcerated and does not object to the continuance.

3. The Parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow time for Magistrate Judge Foley's forthcoming ruling on the Motion to Withdraw.

/ / /

/ / /

1  This is the first request to continue the sentencing date filed herein.

2  DATED this 13th day of January, 2017.

| CHRISTIANSEN LAW OFFICES | DANIEL G. BOGDEN |
| --- | --- |
|  | United States Attorney |
| By */s/ Kendelee L. Works* | By */s/ Phillip N. Smith, Jr.* |
| KENDELEE L. WORKS, ESQ. | PHILLIP N. SMITH, JR. |
| Counsel for Defendant | Assistant United States Attorney |

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 702-240-3939

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CLIFFORD THORSEN,<br><br>Defendant. | CASE NO. 2:13-cr-00030-JAD-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant has filed a Motion to Withdraw as Counsel of Record on January 10, 2017.

2. Defendant is incarcerated and does not object to the continuance.

3. The Parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow time for Magistrate Judge Foley's forthcoming ruling on the Motion to Withdraw.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice as it would not allow this Court to resolve Defense Counsel's Motion to Withdraw as Counsel of Record prior to sentencing in this matter, taking into account the exercise of due diligence.

. . .

. . .

**ORDER**

IT IS THEREFORE ORDERED that the sentencing in the above-entitled matter currently scheduled for January 18, 2017, at the hour of 11:00 a.m. be vacated and continued to February 21, 2017 at the hour of 10:00 a.m.

DATED this 13th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 702-240-3939