**STIP**
**BRIAN J. SMITH, ESQ.**
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
(702) 380-8248
brian@bjsmithcriminaldefense.com
Attorney for THORSEN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RYAN C THORSEN, )<br>)<br>Defendant. )<br>_____ ) | Case No.:   2:13-cr-00030-JAD-GWF<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE<br>(FIRST REQUEST) |

*Certification:*  This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant RYAN C THORSEN through her attorney BRIAN J. SMITH, ESQ., and the United States of America, through PHILLIP N. SMITH, Assistant United States Attorney, that the sentencing hearing currently scheduled for February 21, 2017, at 10:00 a.m., be vacated and continued to a date and time convenient to this court, but no event earlier than sixty (60) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1.	THORSEN is currently set for sentencing on Tuesday, February 21, 2017.

2. Defense counsel was appointed to represent THORSEN on January 17, 2017, and requires additional time for file review and the exercise of due diligence.

3. THORSEN is in custody and does not object to this continuance.

4. Denial of this request for continuance would deny the defendant sufficient time to be able to assist in his sentencing, taking into account the exercise of due diligence.

5. This is the first request for a continuance of the sentencing date in this case.

DATED this 15th day of February, 2017.

RESPECTFULLY SUBMITTED BY:

| /s/ Phillip N. Smith | /s/ Brian J. Smith |
|---|---|
| PHILLIP N. SMITH | BRIAN J. SMITH, Esq. |
| Assistant United States Attorney | Attorney for MOGAVERO |

BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
(702) 380-8248
brian@bjsmithcriminaldefense.com
Attorney for THORSEN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RYAN C THORSEN,<br><br>        Defendant. | Case No.:   2:13-cr-00030-JAD-GWF<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE<br>(FIRST REQUEST) |

## FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel was appointed to represent THORSEN on January 17, 2017, and requires additional time for file review and the exercise of due diligence.

2. This stipulation complies with General Order 2007-04.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny THORSEN the opportunity to provide substantial assistance to the Government before being sentenced in this case.

2. Denial of this request for continuance would result in a miscarriage of justice.

3. For all of the above stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing date.

4. The additional time requested by the stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

5. This is the first request for continuance.

**ORDERED**

**IT IS ORDERED UNDER** that the sentencing hearing currently scheduled for February 21, 2017 at 10:00 a.m., be vacated and continued to May 15, 2017 at the hour of 11:00 a.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED this 15th day of February, 2017.